## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **TOMMIE LEE HOWARD,** | * |
| **Plaintiff,** | * |
| vs. | * Civil Action No. 2:13-00140-B |
| **CAROLYN W. COLVIN,** Commissioner of Social Security, | * |
| **Defendant.** | * |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits income be **AFFIRMED.**

**DONE** this **31st** day of **July, 2014.**

                                                  **/s/ SONJA F. BIVINS**
                                      **UNITED STATES MAGISTRATE JUDGE**